UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61177-RAR

**ISLANDE AUBOURG**,

    Plaintiff,

v.

**HOLY CROSS HOSPITAL, INC.**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Mediation Report [ECF No. 16], filed on March 18, 2021, indicating that the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of March, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**