UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**CASE NO.: 20-cv-61177-RAR**

ISLANDE AUBOURG,

    Plaintiff,

v.

HOLY CROSS HOSPITAL, INC.,

    Defendant,
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of all claims asserted in this matter. Plaintiff, ISLANDE AUBOURG, and Defendant, HOLY CROSS HOSPITAL, INC., hereby stipulate to the dismissal, with prejudice, of all claims made by Plaintiff against Defendant in this action, and respectfully request that the Court dismiss the above-styled case with prejudice and each party to bear their own legal fees and costs. The Court shall retain jurisdiction over this matter for thirty (30) days for the purpose of enforcing the parties' settlement.

Dated: March 29, 2021

| | |
|---|---|
| /s/ Brandon J. Gibson | /s/ Arielle S. Eisenberg |
| Brandon J. Gibson | Jennifer T. Williams |
| Florida Bar No. 0099411 | Florida Bar No. 0174203 |
| E-mail: bgibson@bjglawfirm.com | Email: jtwilliams@cozen.com |
| THE LAW OFFICE OF BRANDON J. GIBSON, PLLC | Arielle S. Eisenberg |
| 3800 Inverrary Blvd., Ste. 401-T | Florida Bar No. 0111467 |
| Lauderhill, FL 33319 | E-Mail: aeisenberg@cozen.com |
| Telephone: (754) 229-1151 | Cozen O'Connor |
| Facsimile: (844) 761-1555 | 200 S. Biscayne Blvd., Suite 3000 |
| *Counsel for Plaintiff(s)* | Miami, Fla. 33131 |
| | Telephone: (305) 704-5944 |
| | *Attorneys for Defendant* |