UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61177-RAR

**ISLANDE AUBOURG**,

    Plaintiff,

v.

**HOLY CROSS HOSPITAL, INC.**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 18]. The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs of suit. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**. Should the parties wish that the Court retain jurisdiction to enforce the settlement as requested, they must file the agreement with the Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of April, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record